1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Nadia M. Bishop (State Bar No. 182995)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4  Email:  jmwood@reedsmith.com
            cdavies@reedsmith.com
5           nbishop@reedsmith.com

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA  94604-2084

8  Telephone:    510.763.2000
   Facsimile:     510.273.8832
9  Attorneys for Defendant
   Eli Lilly and Company, a corporation

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  BACON, JAMES; C-06-1183 SBA          | Before the Honorable Sandra Brown Armstrong

15  BARFIELD, DANTE; C-06-1048 SBA       | **ORDER VACATING CASE MANAGEMENT CONFERENCE FOR 47 ZYPREXA® CASES BEFORE JUDGE SANDRA BROWN ARMSTRONG**

16  BLUMENSCHEIN, HAZEL; C-06-1038 SBA

17  BOHONIK, BORYS; C-06-1560 SBA        | Conference Date:   June 14, 2006
                                          Conference Time:   2:45 p.m.
18  BROWNE, DRANOEL E.; C-06-1496 SBA    | Location:            Telephonic Appearance.

19  BURKLEY, MAXINE; C-06-1197 SBA

20

21  CAMPBELL, ROBERT; C-06-1243 SBA

22  CARMACK, GEORGE; C-06-0893 SBA

23  CARROLL, DAVID R.; C-06-1461 SBA

24  CARSON, PAMELA AND SIDNEY; C-06-0973 SBA

25

26  CHENGER, JOHN S. AND MARY G. CHENGER; C-06-1455 SBA

27

28  COOK, DENINE; C-05-5292 SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

DOCSOAK-9830897.1

1  COSSICK, WILLIAM; C-06-1181 SBA

2  DELOACH, MENSENIA E.; C-06-1325 SBA

3  EWELL, TORITHA D.; C-06-1694 SBA

4  FORBES, SANDRA J.; C-06-1450 SBA

5
6  FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA

7  GINN, JERRY LEE AND JUDITH ANN
8  NADLE; C-06-0008 SBA

9  GRILLOT, PATRICIA; C-06-0974 SBA

10  GUY, MARCUS L.; C-06-1569 SBA

11  HALL BONNIE AND HOWARD J. HALL; C-06-1272 SBA
12

13  HANSON, MANFORD; C-06-1107 SBA

14  HOFFMAN, ROSA A. AND KENNETH W.
15  JR.,; C-06-1271 SBA

16  HOLLIS, IDA L.; C-06-1452 SBA

17  JONES HAYMAN, TRACY L.; C-06-1704 SBA

18  KELLY, JAMES AND TAMMY,; C-05-5151
19  SBA

20  LAVAS, SHARON; C-06-1157 SBA

21  LEMKE, DANIEL; C-06-0977 SBA

22  LINN, LINDA R.; C-06-1338 SBA

23  LUTHY, JOHN; C-06-1030 SBA
24
25  MALAYECO, FERN; C-06-1173 SBA

26  MARTORANA, LINDA; C-06-1167 SBA

27  MEYER, JAMES AND MARTHA; C-06-1022
28  SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9830897.1

MURNIN, MICHAEL F. AND PATRICIA; C-06-1456 SBA

O'NEIL, TIMOTHY; C-05-5099 SBA

PORTER, E.L. AND RUTH E.; C-06-0985 SBA

SCHULTZ, GARY AND LUCINDA; C-06-1115 SBA

SEIGENFUSE, BETH M.; C-06-1372 SBA

SENSENIG, DAVID; C-06-0250 SBA

SEWELL, MARK; C-05-5148 SBA

SHOWS, PATSY; C-06-0954 SBA

SMILEY-HARRIS, ALBERTA; C-05-5291 SBA

TAYLOR, ANNA AND DENNIS; C-06-1059 SBA

TRUITT, EDWARD; C-06-1539 SBA

VERES, DOLORES L., et al.; C-06-1324 SBA

WELDON, FRANCES A. AND CHARLES; C-06-1378 SBA

YOUNG, FRANK J.; C-06-1471 SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

1    For the reasons set forth in the Joint Case Management Conference Statement concerning the

2    May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

3

4    IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their

     entirety pending transfer.  All dates and deadlines established in this matter, including the June 14,

5    2006 Case Management Conference, are VACATED.

6

7    IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly

8    inform the Court in writing of the status of the above-captioned cases no later than ten (10) days

9    after the Panel issues any further rulings pertaining to these cases.

10

11   IT IS SO ORDERED

12

13   DATED: 6/2/06

14                                                  _____
                                                    The Honorable Sandra Brown Armstrong
15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 4 –                                           DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong